316 So.2d 214

**In re Linda GOULD**

**v.**

**Arthur GOULD.**

**Ex parte Arthur GOULD.**

**SC 1332.**

Supreme Court of Alabama.

July 10, 1975.

---

318 So.2d 768

**In re Mamie Delores FUNCHES**

**v.**

**STATE.**

**Ex parte Mamie Delores Funches.**

**SC 1405.**

Supreme Court of Alabama.

Sept. 18, 1975.

---

David L. Barnett, Mobile, for petitioner.

No appearance for the State.

MADDOX, Justice.

Petition of Mamie Delores Funches for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Funches v. State,* 56 Ala.App. 22, 318 So.2d 762.

Writ denied.

All the Justices concur.

W. C. McCain, Tuscaloosa, for petitioner.

George W. Nichols, Jr., Tuscaloosa, for respondent.

EMBRY, Justice.

Writ denied.

HEFLIN, C. J., and MERRILL, BLOODWORTH, FAULKNER, JONES, ALMON and SHORES, JJ., concur.

MADDOX, J., concurs specially.

MADDOX, Justice (concurring specially):

I concur in denying the writ *solely* because our review on certiorari, is limited, generally, to questions of law. By agreeing to deny certiorari, however, I do not wish to be understood as agreeing that the Court of Civil Appeals made correct findings of fact, or that the Court, by dicta in its opinion, correctly stated what is, or should be, the Alabama law in custody fights, when the evidence shows that the party having custody of a child of tender years is living openly in a state of sexual immorality.